GONZÁLEZ, DEMANDANTE Y APELANTE, *v.* MAGÍN ET AL., DEMANDADOS Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de Guayama en pleito sobre nulidad de partición, etc.

No. 3052.—Resuelto en diciembre 13, 1923.

DESESTIMACIÓN DE APELACIÓN POR FALTA DE SENTENCIA.—Cuando en los autos propios no existe sentencia, la apelación debe desestimarse.

APELACIÓN—ANOTACIÓN DE REBELDÍA—SENTENCIA EN REBELDÍA.—Aunque en una exposición del caso conste la anotación en rebeldía por el secretario, no cabe una apelación de tal anotación sin sentencia.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. C. Domínguez Rubio.*

Abogados de los apelados: *Sres. Tous Soto & Pérez Marchánd.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta apelación debe ser desestimada. La Corte de Distrito de Guayama ordenó la apertura de la rebeldía de los demandados. De los autos propios (*record proper*) no aparece el registro de ninguna sentencia. Técnicamente sin existir tal sentencia en los autos la transcripción ante nuestra consideración es de toda suerte incompleta lo que justifica una desestimación. Artículos 300 y 303 del Código de Enjuiciamiento Civil.

Es cierto que en la exposición del caso parece existir una anotación de rebeldía registrada por el secretario, pero no hay ninguna sentencia.

La moción para abrir la rebeldía y los procedimientos relativos a ella no demuestran nada sino la anotación de una rebeldía por parte del secretario. No consta ninguna anotación de sentencia ni siquiera en la exposición del caso y no parece que haya existido ninguna. El Código de Enjuiciamiento Civil no autoriza una apelación contra una mera anotación de rebeldía.

Debe desestimarse la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados· Aldrey, Hutchison y Franco Soto.